In the Matter of the Claim of ROSE NOVICK, Respondent, against GIMBEL BROTHERS et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's compensation — award to mother of deceased employee reversed on ground that evidence does not establish dependency.*

*Novick v. Gimbel Brothers,* 198 App. Div. 963, reversed.
(Submittd October 6, 1921; decided October 25, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 8, 1921, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant's son, a boy sixteen years of age, receiving a salary of eleven dollars weekly, while engaged in the duties of his employment received injuries from which he died. There was evidence that he also received three or four dollars a week in tips. It appeared that

he turned over his earnings to his mother, she returning to him one dollar each week day and fifty cents on Sundays besides furnishing him with his board, lodging and clothing. The commission held the mother was dependent and awarded her twenty-five per cent of the estimated earnings.

*George J. Stacy* and *James J. Mahoney* for appellants.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order of Appellate Division and award of industrial commission reversed and new hearing granted, with costs to abide event, on the ground that the evidence does not establish a case of dependency; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.